UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jackie D. Vogt,

Plaintiff,

v.

Dain Rauscher Corp., a Minnesota corporation, and Bradley Angell, and Glen Bayless, individually,

Defendants.

Civil File No. 01-CV-885 (RHK/RLE)

**STIPULATION TO AMEND PARTY NAME**

and
ORDER

**WHEREAS**, Plaintiff commenced this action in United States District Court for the District of Minnesota on or about May 22, 2001, by filing a Complaint;

**WHEREAS**, the caption of Plaintiff's Complaint incorrectly identified Defendant Dain Rauscher as "Dain Rauscher Corp.";

**WHEREAS**, Defendant Dain Rauscher's actual business name is "Dain Rauscher Incorporated";

**NOW, THEREFORE**, the parties hereby stipulate and agree that the caption in this matter should be amended to identify Defendant Dain Rauscher as "Dain Rauscher Incorporated, a Minnesota corporation."

Dated: June 18, 2001

DORSEY & WHITNEY LLP

By ______________________

Melissa Raphan #0182795
Michael Iwan #028628X
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for
Defendant Dain Rauscher Incorporated

FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

(5)

Dated: June 25, 2001

WILLIAM J. EGAN, PLC

By [signature]

William J. Egan #166029
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
Telephone: (952) 836-2770

Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED.

Dated: JUN 28 2001

[signature]

Magistrate Judge Raymond Erickson
United States District Court