# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jackie D. Vogt

Plaintiff

v.

Dain Rauscher, and
Bradley Andell and Glen Bayless

Defendants

Case No. Civil 01-885 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for partial summary judgment is granted; count III of the complaint is dismissed with prejudice; and the complaint against defendants Angell and Bayless is dismissed with prejudice.

DATE: September 20, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk