**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jackie D. Vogt,

Plaintiff, Civil No. 01-885 (RHK/RLE)

vs. **ORDER**

Dain Rauscher, Incorporated, a Minnesota corporation, and Bradley Angell, and Glen Bayless, individually,

Defendants.

---

Before the Court is Defendant Angell's and Bayless' Motion for Partial Summary Judgment seeking dismissal of the Complaint as to them. Plaintiff has acknowledged that:

> The only claim brought by Plaintiff against Defendants Angell and Bayless is Count III, Aiding and Abetting Reprisal Discrimination in Violation of the Minnesota Human Rights Act. Defendants accurately observe that these claims against Angell and Bayless were brought outside of the statute of limitations asserted under the Minnesota Human Rights Act and, therefore, as against Angell and Bayless, are untimely.

(Pl.'s Mem. in Response to Defs.' Mot. for Partial Summ. J.)

Accordingly, Defendants are entitled to a dismissal of Count III and the only dispute between the parties is whether the dismissal should be with or without prejudice. The Court concludes that there is no good reason for a dismissal other than with prejudice.

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 20 2001
DEPUTY CLERK

Upon all the files, records, and proceedings herein, **IT IS ORDERED** that Defendants' Motion for Partial Summary Judgment (Doc. No. 10) is **GRANTED**; Count III of the Complaint is **DISMISSED WITH PREJUDICE**; and the Complaint against Defendants Angell and Bayless is **DISMISSED WITH PREJUDICE**.

The Court expressly determines that there is no just reason for delaying the entry of judgment dismissing the Complaint with prejudice as to Defendants Angell and Bayless and the Clerk of the Court is expressly directed to enter judgment of dismissal forthwith.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 20, 2001

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SEP 2 0 2001

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500