UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jackie D. Vogt,

Plaintiff,

v.

Dain Rauscher Incorporated, a Minnesota corporation, and Bradley Angell, and Glen Bayless, individually,

Defendants.

Civil File No. 01-CV-885 (RHK/RLE)

**STIPULATION TO CHANGE CAPTION**

**WHEREAS**, Plaintiff filed a Complaint in this action on May 22, 2001, naming Bradley Angell ("Angell") and Glen Bayless ("Bayless") as individual Defendants and asserting claims against them; and

**WHEREAS**, on September 20, 2001, the Court granted Defendants' motion to dismiss Angell and Bayless from this action with prejudice;

**NOW, THEREFORE**, the parties, through their undersigned counsel, agree that the caption in this matter shall be changed to list only Dain Rauscher Incorporated as a Defendant.

Dated: Oct. 22, 2001

WILLIAM J. EGAN, PLC

By [signature]
William J. Egan #166029
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
Telephone: (952) 836-2770

Attorneys for Plaintiff

FILED OCT 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: October 2, 2001

DORSEY & WHITNEY LLP

By ______________________
Melissa Raphan #0182795
Michael Iwan #028628X
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendants
Dain Rauscher Incorporated,
Bradley Angell, and Glen Bayless

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED THAT:

1. The caption in this matter shall be changed to list only Dain Rauscher Incorporated as a Defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall enter and effect the terms of this Order accordingly.

Dated: 10/2/01

The Honorable Richard H. Kyle
United States District Court