UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jackie D. Vogt,

Plaintiff,

v.

Dain Rauscher Incorporated, a Minnesota corporation,

Defendant.

Civil File No. 01-CV-885 (RHK/RLE)

**STIPULATION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES**

and

ORDER

WHEREAS, the Pretrial Schedule requires Defendant to disclose the identity of any expert witnesses, pursuant to Fed. R. Civ. P. 29(b)(2)(A), by November 1, 2001;

WHEREAS, the Pretrial Schedule requires disclosure of the expert reports of Defendant's experts, pursuant to Fed. R. Civ. P. 26(b)(2)(B), by December 14, 2001;

WHEREAS, the parties are willing to agree to extend the deadline for such disclosures by Defendant to Monday, December 3, 2001, and Monday, January 14, 2002, respectively;

WHEREAS, the parties agree that such extensions will neither prejudice Plaintiff's or Defendant's ability to prepare for trial nor unreasonably delay any subsequent deadlines set forth in the Pretrial Schedule;

WHEREAS, counsel for the parties agree that an Order containing the terms set forth herein may be entered by the Court without further notice and that the parties will abide by the terms of this Stipulated Order during the period prior to the Court's execution of this document, whenever that may be;

NOW, THEREFORE, the parties, through their undersigned counsel, stipulate and agree that:

1. Defendant shall have until December 3, 2001, to disclose the identity of its expert witnesses, pursuant to Fed. R. Civ. P. 26(b)(2)(A); and

(20)

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendant shall have until January 14, 2002, to disclose the expert reports of such expert witnesses, pursuant to Fed. R. Civ. P. 26(b)(2)(B).

In all other respects, the Pretrial Schedule governing this case remains unchanged.

Dated: Nov. 1, 2001

WILLIAM J. EGAN, PLC

By [signature]
William J. Egan #166029
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
Telephone. (952) 836-2770

Attorneys for Plaintiff

Dated: October 30, 2001

DORSEY & WHITNEY LLP

By [signature]
Melissa Raphan #0182795
Michael Iwan #028628X
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Dain Rauscher Incorporated

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED THAT:

1. Defendant shall have until December 3, 2001, to disclose the identity of its expert witnesses, pursuant to Fed. R. Civ. P. 26(b)(2)(A); and

2. Defendant shall have until January 14, 2002, to disclose the expert reports of such expert witnesses, pursuant to Fed. R. Civ. P. 26(b)(2)(B).

In all other respects, the Pretrial Schedule governing this case remains unchanged.

IT IS FURTHER ORDERED that the Clerk of Court shall enter and effect the terms of this Order accordingly.

Dated: 11-5-01

Raymond L Erickson
The Honorable ~~Richard H. Kyle~~ RAYMOND L. ERICKSON
United States District Court