UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jackie D. Vogt,

Plaintiff,

v.

Dain Rauscher Incorporated, a Minnesota corporation,

Defendant.

Civil File No. 01-CV-885 (RHK/RLE)

**STIPULATION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES**

and **ORDER**

WHEREAS, the Pretrial Schedule governing this case (as previously amended by stipulation of the parties and order of the Court) requires Defendant to disclose the identity of any expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2)(A), by December 3, 2001;

WHEREAS, the Pretrial Schedule requires disclosure of the expert reports of Defendant's experts, pursuant to Fed. R. Civ. P. 26(a)(2)(B), by January 14, 2002;

WHEREAS, Plaintiff's deposition, originally noticed for November 13, 2001, twice has been postponed, at Plaintiff's request, and now is scheduled to take place on December 17-18, 2001;

WHEREAS, on December 3, 2001, Defendant made its initial expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(A);

WHEREAS, in light of the postponements of Plaintiff's deposition, Plaintiff is willing to agree to extend the deadline for Defendant to disclose any expert reports until Monday, January 28, 2002;

WHEREAS, the parties agree that such extensions will neither prejudice either party's ability to prepare for trial nor unreasonably delay any subsequent deadlines set forth in the Pretrial Schedule; and

21

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, counsel for the parties agree that an Order containing the terms set forth herein may be entered by the Court without further notice and that the parties will abide by the terms of this Stipulated Order during the period prior to the Court's execution of this document, whenever that may be;

NOW, THEREFORE, the parties, through their undersigned counsel, stipulate and agree that Defendant shall have until January 28, 2002, to disclose the expert reports of its expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2)(B).

In all other respects, the Pretrial Schedule governing this case remains unchanged.

Dated: December 4, 2001

WILLIAM J. EGAN, PLC

By ______________________
William J. Egan #166029
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
Telephone: (952) 836-2770

Attorneys for Plaintiff

Dated: December 3, 2001

DORSEY & WHITNEY LLP

By ______________________
Melissa Raphan #0182795
Michael Iwan #028628X
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Dain Rauscher Incorporated

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED THAT Defendant shall have until January 28, 2002, to disclose the expert reports of its expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2)(B).

In all other respects, the Pretrial Schedule governing this case remains unchanged.

IT IS FURTHER ORDERED that the Clerk of Court shall enter and effect the terms of this Order accordingly.

Dated: 12/14/01

Raymond L. Erickson

The Honorable Raymond L. Erickson
United States Magistrate Judge