UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jackie D. Vogt,

Plaintiff,

v.

Dain Rauscher Incorporated, a Minnesota corporation,

Defendant.

Civil File No. 01-CV-885 (RHK/RLE)

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S EXPERT REPORTS AND ORDER**

WHEREAS, the Pretrial Schedule governing this case (as previously amended by stipulation of the parties and order of the Court) requires disclosure of the expert reports of Defendant's experts, pursuant to Fed. R. Civ. P. 26(a)(2)(B), by January 28, 2002;

WHEREAS, Plaintiff's deposition, originally noticed for November 13, 2001, ultimately took place on December 17-18, 2001;

WHEREAS, following Plaintiff's deposition, Plaintiff and Defendant agreed that Plaintiff would undergo an independent psychological examination by Defendant's expert on Monday, January 7, 2002;

WHEREAS, in light of the timing of Plaintiff's deposition and subsequent independent medical examination, Plaintiff is willing to agree to extend the deadline for Defendant to disclose any expert reports until Monday, February 4, 2002;

WHEREAS, the parties agree that such an extension will neither prejudice either party's ability to prepare for trial nor delay any subsequent deadlines set forth in the Pretrial Schedule; and

WHEREAS, counsel for the parties agree that an Order containing the terms set forth herein may be entered by the Court without further notice and that the parties will abide by the

FILED JAN 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

22

terms of this Stipulated Order during the period prior to the Court's execution of this document, whenever that may be;

NOW, THEREFORE, the parties, through their undersigned counsel, stipulate and agree that Defendant shall have until February 4, 2002, to disclose the expert reports of its expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2)(B).

In all other respects, the Pretrial Schedule governing this case remains unchanged.

Dated: January 7, 2002

WILLIAM J. EGAN, PLC

By ______________________
William J. Egan #166029
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
Telephone: (952) 836-2770

Attorneys for Plaintiff

Dated: January 4, 2002

DORSEY & WHITNEY LLP

By ______________________
Melissa Raphan #0182795
Michael Iwan #028628X
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
RBC Dain Rauscher Incorporated

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED THAT Defendant shall have until February 4, 2002, to disclose the expert reports of its expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2)(B).

In all other respects, the Pretrial Schedule governing this case remains unchanged.

IT IS FURTHER ORDERED that the Clerk of Court shall enter and effect the terms of this Order accordingly.

Dated: 1/15/02

Raymond L. Erickson

The Honorable Raymond L. Erickson
United States Magistrate Judge