CV 01-885 RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **July 1, 2002. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: February 4, 2002.

FEB 04 2002
FILED
RICHARD D. SLETTEN, CLERK

| | | |
|---|---|---|
| 1. | Chad E. Lindgren<br>etal | Elizabeth Kimball<br>612-373-7022 |
| | vs CV 00-2771 RHK/RLE<br>JURY DULUTH | |
| | Camphill Village Minnesota<br>Inc.<br>etal | Jonathan Hegre<br>612-340-7952<br>Mark Soleheim<br>651-312-6500 |
| 2. | Jackie D. Vogt<br>etal | William Egan<br>952-836-2770 |
| | vs CV 01-885 RHK/RLE<br>JURY DULUTH | |
| | Dain Rauscher Inc., | Melissa Raphan<br>612-340-2600 |
| 3. | United States of America | Lonnie Bryan<br>651-664-5600 |
| | vs CV 01-586 RHK/SRN<br>COURT | |
| | Dean M. Marino | Dean Marino<br>651-426-4328 |
| 4. | Georgina Y Stephens<br>etal | Karl Oliver<br>651-636-7960 |
| | vs CV 01-633 RHK/JMM<br>JURY | |
| | Mary Jo A Jensen-Carter | Valdis A Silins<br>612-375-1440 |

| | | |
|---|---|---|
| 5. | Larry Reynen | Karl Cambronne<br>612-339-7300 |
| | vs CV 01-793 RHK/JMM<br>JURY | |
| | Farm Bureau Life Insurance Company | Gary Hansen<br>612-607-7000<br>Janean Schaefer<br>515-281-1475 |
| 6. | St. Paul Painting Industry Health and Welfare Fund etal | Jacqueline Beaulieu<br>612-338-2525 |
| | vs CV 01-994 RHK/JMM<br>COURT | |
| | Grand Development Inc.<br><br>etal | Jane Volz<br>952-892-6666 |
| 7. | Medicap Pharmacies Inc. | Cynthia Klaus<br>952-835-3800<br><br>Alan Anderson<br>612-339-1828 |
| | vs CV 01-1011 RHK/SRN<br>JURY | |
| | Apothecary Products Inc. | Daniel McDonald<br>612-332-5300 |
| 8. | Graphic Communications International Union Upper Midwest Local 1-B Health & Welfare Fund A | Ruth Marcott<br>612-339-6321 |
| | vs CV 01-1165 RHK/SRN<br>COURT | |
| | Nordic Press Inc. | George Wood<br>612-630-1000 |