**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jackie D. Vogt, etal

Plaintiff,

vs. CV 01-885 RHK/RLE

DAIN RAUSCHER, INC.,

Defendant.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for June 24, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #1, Duluth, Minnesota.

March 13, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAR 13 2002
Richard D. Sletten, Clerk

By:______________________