**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jackie D. Vogt,

Plaintiff,

Civil No. 01-885 (RHK/RLE)

vs.

**ORDER**

Dain Rauscher, Incorporated, a Minnesota corporation, and Bradley Angell, and Glen Bayless, individually,

Defendants.

---

This case is scheduled for trial before the undersigned beginning June 24, 2002 in Duluth, Minnesota.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By June 6, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Liminc with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By June 13, 2002:

(1) Responsive briefs to Motions in Limine;

APR 0 5 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By June 18, 2002: Responses to the Written Objections.

Dated: April 5, 2002

RICHARD H. KYLE
United States District Judge